1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11 | ZERON LEWIS,                    )   1:08-CV-00189 AWI GSA HC
                                    )
12 |            Petitioner,         )   ORDER GRANTING PETITIONER'S
                                    )   MOTION TO AMEND PETITION AND
13 |    v.                          )   CHANGE NAME OF RESPONDENT
                                    )   [Doc. #5]
14 | J. D. HARTLEY, Warden,         )
                                    )   ORDER DIRECTING CLERK OF COURT
15 |            Respondent.         )   TO CHANGE NAME OF RESPONDENT
    _____)

16
17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18 pursuant to 28 U.S.C. § 2254.

19        On February 14, 2008, the Court granted Petitioner leave to file a motion to amend the

20 petition to name a proper respondent.  On February 28, 2008, Petitioner filed a motion to amend the

21 petition. Petitioner requests that J. D. Hartley, Warden of Avenal State Prison, be named as

22 Respondent in this matter.

23        A petitioner seeking habeas relief must name the state officer having custody of him as the

24 respondent to the petition. Rule 2(a) of the Rules Governing Section 2254 Cases; Ortiz-Sandoval v.

25 Gomez, 81 F.3d 891, 894 (9th Cir.1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th

26 Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because

27 the warden has "day to day control over" the prisoner. Brittingham v. United States, 982. F.2d 378,

28 279 (9th Cir.1992). Therefore, Petitioner's request is proper.

U.S. District Court
E. D. California                                1

1    Accordingly, Petitioner's motion for leave to amend the petition is GRANTED.  The Clerk of

2  Court is DIRECTED to change the name of Respondent to J. D. Hartley.

3

4    IT IS SO ORDERED.

5  **Dated:    February 29, 2008**                    _____/s/ **Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28