# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZERON LEWIS,<br><br>　　　　　　　　Petitioner,<br>vs.<br>J.D. HARTLEY,<br><br>　　　　　　　　Respondent. | CASE NO. 1:08-cv-00189 DMS (RBB)<br><br>**ORDER STAYING CASE** |

On February 6, 2008, Petitioner Zeron Lewis ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The case was fully briefed on July 29, 2008, and on November 25, 2008, was assigned to the undersigned visiting judge.

Petitioner claims that the California Board of Parole Hearings violated his right to due process when it denied his request for parole. This issue is currently before an *en banc* panel of the Ninth Circuit in *Hayward v. Marshall*, Case Number 06-55392. That case was heard on June 24, 2008, after which the court ordered supplemental briefing. The supplemental briefs have been submitted, but the Ninth Circuit has not yet issued its opinion. Because that opinion will effect the analysis of Petitioner's claims, the Court finds it appropriate to stay this case pending the Ninth Circuit opinion in *Hayward*. Accordingly, this case is stayed pending that opinion.

**IT IS SO ORDERED.**

DATED: March 13, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -